UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AARON HAHN,<br><br>                           Petitioner,<br><br>   v.<br><br>STEVE SINCLAIR,<br><br>                           Respondent. | No. C13-5263 RBL/KLS<br><br>ORDER TO SHOW CAUSE |

This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This matter comes before the Court on Petitioner's filing of an application to proceed *in forma pauperis* (IFP) and proposed petition for writ of habeas corpus. ECF No. 1.  On April 22, 2013, the Court Clerk mailed a letter to Petitioner advising him that his IFP application was deficient because he had failed to provide a certified copy of his prison trust account statement showing transactions for the last six months. ECF No. 4.  Petitioner was given a deadline of May 22, 2013 to correct this deficiency.  *Id.*  He has not done so.

Based on the information provided by Petitioner, the Court is unable to determine whether he should be granted IFP.

Accordingly, it is **ORDERED:**

(1) Petitioner shall show cause why his IFP application should not be denied or pay the filing fee of $5.00 **on or before June 21, 2013.**  Failure to do so shall be deemed a failure to properly prosecute and the Court will recommend that this matter be dismissed.

ORDER TO SHOW CAUSE  - 1

(2) The Clerk is directed to send a copy of this Order to Petitioner.

**DATED** 31st day of May, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2