1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6   AARON HAHN,

7                                    Petitioner,

8             v.

9   STEVE SINCLAIR,

10                                   Respondent.

No. C13-5263 RBL/KLS

ORDER TO SHOW CAUSE

11       This case has been referred to United States Magistrate Judge Karen L. Strombom

12   pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This matter comes before the Court

13   on Petitioner's filing of an application to proceed *in forma pauperis* (IFP) and proposed petition

14   for writ of habeas corpus.  ECF No. 1.  On April 22, 2013, the Court Clerk mailed a letter to

15   Petitioner advising him that his IFP application was deficient because he had failed to provide a

16   certified copy of his prison trust account statement showing transactions for the last six months.

17   ECF No. 4.  Petitioner was given a deadline of May 22, 2013 to correct this deficiency.  *Id.*  He

18   has not done so.

19       Based on the information provided by Petitioner, the Court is unable to determine

20   whether he should be granted IFP.

21       Accordingly, it is **ORDERED:**

22       (1)     Petitioner shall show cause why his IFP application should not be denied or pay

23   the filing fee of $5.00 **on or before June 21, 2013.**  Failure to do so shall be deemed a failure to

24   properly prosecute and the Court will recommend that this matter be dismissed.

25

26   ORDER TO SHOW CAUSE  - 1

1

(2)      The Clerk is directed to send a copy of this Order to Petitioner.

2

3

**DATED** _31st_ day of May, 2013.

4

5

Karen L. Strombom

6

United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO SHOW CAUSE  - 2