HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AARON HAHN, | CASE NO. C13-5263-RBL-KLS |
| Plaintiff, | ORDER |
| v. | |
| STEVE SINCLAIR, | |
| Defendant. | |

Following the Report and Recommendation of Magistrate Judge Karen L. Strombom, Plaintiff filed an updated Prison Trust Account Statement showing that he no longer holds his job in prison and therefore does not have sufficient funds to pay the $5.00 court filing fee. Judge Strombom did not have an updated Prison Trust Account Statement when she recommended this Court deny Plaintiff's application. Plaintiff's application to proceed *in forma pauperis* is **GRANTED.**

Dated this 30th day of July, 2013.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1